UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IRENE JENKINS,                                          )<br>      Plaintiff,                                   )<br>                                                 )<br>V.                                             )<br>                                                 )<br>NOVARTIS PHARMECEUTICAL CORP.,    )<br>      Defendant.                                ) | No. 3:11-CV-342<br>(CAMPBELL/SHIRLEY) |
| SANDRA THORN,                                  )<br>      Plaintiff,                                   )<br>                                                 )<br>V.                                             )<br>                                                 )<br>NOVARTIS PHARMECEUTICAL CORP.,    )<br>      Defendant.                                ) | No. 3:11-CV-373<br>(CAMPBELL/SHIRLEY) |

**ORDER**

      These cases are before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the orders of the District Judge referring the various Daubert challenges in these cases to the undersigned for disposition.

      On July 25, 2012, the parties appeared before the Court and agreed that the Daubert hearing in this matter should be conducted October 4, 2012, with the morning of October 5, 2012, reserved for any overages in testimony or arguments. Robert Germany represented to the Court that the two experts who are to present testimony – Robert Marx, D.D.S., and Dr. Suzanne Parisian – are available on October 4, 2012.

Accordingly, the <u>Daubert</u> hearing in this matter is **RESET** to commence at **9:00 a.m. on October 4, 2012**. All counsel shall keep their calendars clear the morning of October 5, 2012, as well, and plan accordingly.

**IT IS SO ORDERED**.

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge